THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California Bar No. 110984
        United States Courthouse
        312 N. Spring Street, Suite 1400
        Los Angeles, California 90012
        Telephone:  (213) 894-5710
        Facsimile:  (213) 894-7177
        Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America


                UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. **2:06-cv-06758-FMC-PLAx** √ |
| | ) | |
| Plaintiff, | ) | [AND THE FOLLOWING |
| | ) | CONSOLIDATED ACTIONS:  United |
| v. | ) | States v. $15,781.76 in U.S. |
| | ) | Currency, et al., CV 07-1962- |
| REAL PROPERTY LOCATED IN | ) | FMC (PLAx); and United States |
| ORANGE, CALIFORNIA, | ) | v. Real Property Located in |
| | ) | Orange, California, CV 06- |
| Defendant. | ) | 6759-FMC (PLAx)] |
| ———————————————————— | ) | |
| | ) | **CONSENT JUDGMENT** |
| ELIZABETH LARA, | ) | |
| | ) | |
| Claimant. | ) | [NOTICE OF LODGING LODGED |
| | ) | CONCURRENTLY HEREWITH] |
| ———————————————————— | ) | |
| AND CONSOLIDATED ACTIONS | ) | [THIS DOCUMENT PERTAINS TO |
| | ) | United States v. $15,781.76 |
| | ) | in U.S. Currency, et al., |
| ———————————————————— | ) | **2:07-cv-01962-FMC-PLAx, ONLY**] |

                                          FDK:ka

On March 26, 2007, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant properties as follows: $15,781.76 in US Currency (the "defendant currency"); one 2002 Chevrolet Tahoe (the "2002 Chevrolet"); one 2003 Chevrolet Impala (the "2003 Chevrolet"); and one 1998 Chevrolet Tahoe (the "1998 Chevrolet")(collectively the "defendant properties"). The government alleged that the defendant properties were subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6).

Claimants Maricela Cortez, Mario Cortez Orozco, and Elizabeth Lara (collectively "claimants") filed Statements of Interest. Claimants Maricela Cortez and Mario Cortez Orozco filed their Statements of Interest on April 30, 2007. Likewise, claimant Elizabeth Lara filed her Statement of Interest on May 10, 2007. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimants have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.    The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(4) and (6).

//

FDK:ka

1    3.    Notice of this action has been given as required by

2  law.   Claimants filed the only statements of interest or claims.

3  Claimants are relieved of their duty to file answers in this

4  action.   The Court deems that all other potential claimants admit

5  the allegations of the Complaint for Forfeiture to be true.

6    4.    Claimants agree to forfeiture as set out below.   A

7  judgment of forfeiture is hereby entered in favor of the United

8  States, which shall dispose of the following defendant properties

9  in accordance with the law:

10    (A)   The United States of America shall have judgment

11  as to $5,781.76 of the defendant currency, plus all interest

12  earned by the government on the entirety of the defendant

13  currency, and no other person or entity shall have any right,

14  title or interest therein.   The United States Marshals Service is

15  ordered to dispose of the said currency in accordance with law.

16    (B)   $10,000.00 of the defendant currency, without any

17  interest earned by the government on that amount, shall be

18  returned to claimants Mario Cortez Orozco and Maricela Cortez.

19  Said currency shall be forwarded by check made payable to "David

20  M. Nisson, Esq., Attorney-Client Trust Account," and shall be

21  mailed to David M. Nisson, Esq. at the Law Offices of David M.

22  Nisson, 17291 Irvine Blvd., Suite 311, Tustin, California 92780.

23    (C)   The 2003 Chevrolet is hereby forfeited to the

24  United States of America, and no other right, title, or

25  interest shall exist therein.

26    (D)   The 1998 Chevrolet shall be returned to claimants

27  Mario Cortez Orozco and Maricela Cortez.

28  //

FDK:ka

5.   Claimants hereby waive attorneys' fees and cost.

6.   Claimants will execute further documents, to the extent necessary, to convey clear title to the defendant properties and to further implement the terms of this Consent Judgment.

7.   Claimants waive the redacting and sealing requirements of L.R. 79-5.4.

8.   Claimants hereby release the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigation, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

9.   The Court finds that there was reasonable cause for the institution of these proceedings against the defendant real properties.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

10.   The Court further finds that claimants did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: September 25, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

4                                                    FDK:ka

1

CONSENT

2        The government and claimants consent to judgment and waive
any right to appeal.

3

DATED: July ____, 2009         THOMAS P. O'BRIEN
4                              United States Attorney
                               CHRISTINE C. EWELL
5                              Assistant United States Attorney
                               Chief, Criminal Division
6                              STEVEN R. WELK
                               Assistant United States Attorney
7                              Chief, Asset Forfeiture Section

8

9                              _____
                               FRANK D. KORTUM
                               Assistant United States Attorney
10

11                             Attorneys for Plaintiff
                               United States of America

12

DATED: July ____, 2009         LAW OFFICES OF SHAWN R. PEREZ
13

14                             _____

15                             SHAWN R. PEREZ

                               Attorney for Claimant
16                             Elizabeth Lara

17

DATED: July ____, 2009         LAW OFFICES OF DAVID M. NISSON
18

19                             _____

20                             DAVID M. NISSON

21                             Attorney for Claimants
                               Mario Cortez Orozco and Maricela
22                             Cortez

23

24

25

26

27

28

5                                         FDK:ka