THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:   Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN ORANGE, CALIFORNIA,<br><br>    Defendant.<br><br>ELIZABETH LARA, et al.,<br><br>    Claimants.<br><br>AND CONSOLIDATED ACTIONS | NO.  CV 06-6758-R(PLAx)[AND THE FOLLOWING CONSOLIDATED ACTIONS: United States v. $15,781.76 in U.S. Currency, et al. CV 07-1962 FMC (PLAx); and United States v. Real Property Located in Orange, California, CV 06-6759 FMC (PLAx)]<br><br>JUDGMENT |

//

//

//

1  The government's motion for summary judgment was heard and
2  the issues having been fully considered, IT IS ORDERED AND
3  ADJUDICATED that any and all interests, rights, titles and claims
4  of claimant Elizabeth Lara in or to the defendant, real property
5  located in Orange, California are forfeited to the United States
6  of America (the "government") and that the government recover its
7  costs.
8  **IT IS SO ORDERED**
9  DATED: February 9, 2010

11  _____
   THE HON. MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE

13 PRESENTED BY:

   GEORGE CARDONA
14 Acting United States Attorney
   CHRISTINE C. EWELL
15 Assistant United States Attorney
   Chief, Criminal Division
16 STEVEN R. WELK
   Assistant United States Attorney
17 Chief, Asset Forfeiture Section

19 _____
   FRANK D. KORTUM
20 Assistant United States Attorney

21 Attorneys for Plaintiff
   United States of America