```
 1  GEORGE CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 North Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:  Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

                           WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> REAL PROPERTY LOCATED IN ) <br> ORANGE, CALIFORNIA, ) <br> ) <br>         Defendant. ) <br> ———————————————————) <br> ) <br> ELIZABETH LARA, et al., ) <br> ) <br>         Claimants. ) <br> ———————————————————) <br> ) <br> AND CONSOLIDATED ACTIONS ) <br> ) <br> ———————————————————) | NO.  CV 06-6758-R(PLAx)[AND THE FOLLOWING CONSOLIDATED ACTIONS: United States v. $15,781.76 in U.S. Currency, et al. CV 07-1962 FMC (PLAx); and United States v. Real Property Located in Orange, California, CV 06-6759 FMC (PLAx)] <br><br> <u>AMENDED JUDGMENT</u> |

//

//

//

1   The government's motion for summary judgment was heard and
2 the issues having been fully considered, IT IS ORDERED AND
3 ADJUDICATED that any and all interests, rights, titles and claims
4 of claimants Elizabeth Lara, Lourdes Contreras and Juan Contreras
5 in or to the defendant, real property located in Orange,
6 California are forfeited to the United States of America (the
7 "government") and that the government recover its costs.
8   **IT IS SO ORDERED**
9 DATED: February 22, 2010

11   _____
   THE HON. MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE

12
13 PRESENTED BY:

   GEORGE CARDONA
14 Acting United States Attorney
   CHRISTINE C. EWELL
15 Assistant United States Attorney
   Chief, Criminal Division
16 STEVEN R. WELK
   Assistant United States Attorney
17 Chief, Asset Forfeiture Section

18

19 _____
   FRANK D. KORTUM
20 Assistant United States Attorney

21 Attorneys for Plaintiff
   United States of America